# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donald L. Millard Jr.<br>Marianne T. Millard<br>    Debtor(s) | BK NO. 17-05004 JJT<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of Fay Servicing as Servicer for Citibank, N.A., as trustee for CMLTI Asset Trust and index same on the master mailing list.

                Respectfully submitted,


              **/s/ James C. Warmbrodt, Esquire**
              James C. Warmbrodt, Esquire
              KML Law Group, P.C.
              BNY Mellon Independence Center
              701 Market Street, Suite 5000
              Philadelphia, PA  19106
              412-430-3594