```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-05004-JJT
Donald L. Millard, Jr.                                              Chapter 7
Marianne T. Millard
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: admin            Page 1 of 1            Date Rcvd: Mar 12, 2018
                              Form ID: fnldecac      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
db/jdb        +Donald L. Millard, Jr.,   Marianne T. Millard,   550 West 7th Street,   Lot 11,
               Mount Carmel, PA 17851-1830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    CitiBank, N.A., as Trustee for CMLTI Asset Trust
               bkgroup@kmllawgroup.com
              James M Bach    on behalf of Debtor 2 Marianne T. Millard JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              James M Bach    on behalf of Debtor 1 Donald L. Millard, Jr. JMB@JamesMBach.com,
               staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com
              Lawrence G. Frank (Trustee)    lawrencegfrank@gmail.com, PA39@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

**fnldecac** (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Donald L. Millard Jr.<br>550 West 7th Street<br>Lot 11<br>Mount Carmel, PA 17851 | Chapter 7<br>Case No. 4:17−bk−05004−JJT |
| Marianne T. Millard<br>550 West 7th Street<br>Lot 11<br>Mount Carmel, PA 17851 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−1253
xxx−xx−5474

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 9, 2018

BY THE COURT
By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk